Lazarus Luzzatto, Respondent, v. Harry Kaplan, Appellant.— Determination affirmed, with costs, on the ground that the transaction did not constitute a loan of money, upon which alone usury can be predicated.* Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Max Roth, Respondent, v. Esther Roth, Appellant.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Sunglo Company, Inc., Appellant, v. California Products Company, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Leon Rosenfeld v. Minnie Rosenfeld.— Motion for stay granted on condition that appeal be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Clarence H. Venner v. Interborough Rapid Transit Company.— Motion for stay granted on condition that appeal in General Investment Company against this defendant† be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Daniel J. Campau v. Interborough Rapid Transit Company.— Motion for stay granted on condition that appeal in General Investment Company against this defendant† be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Lillian Kuell v. William Kuell.— Motion for stay granted on condition that appeal be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

Albert F. Anderson v. Independent Lamp and Wire Company.— Motion for stay granted on condition that appeal be ready for argument on March 24, 1922, for which day argument is peremptorily set. If not so ready, motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.‡

Wilfred V. N. Powelson, Respondent, v. The Procter & Gamble Company, Appellant. (No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of the opinion in *Powelson* v. *Procter & Gamble Co., No. 1* [200 App. Div. 447], handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

United Fruit Company, Appellant, v. Alejandro Angel & Co., Inc., Respondent, Impleaded with Another. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell, and Greenbaum, JJ.

United Fruit Company, Appellant, v. Alejandro Angel & Co., Inc., Respondent, Impleaded with Others. (No. 2.) — Order affirmed, with ten dollars costs and

---

* See General Business Law, §§ 370, 371.— [Rep.

† See *General Investment Co.* v. *Interborough R. T. Co.* (200 App. Div. 794).— [Rep.

‡ See *post*, p. 852.— [Rep.

disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

FLORENCE C. HARLAN, Respondent, v. KENNETH D. HARLAN, Appellant.— Order reversed and the motion denied, without costs, on the authority of *De Vide* v. *De Vide* (186 App. Div. 814). Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

N. LONDON, INC., Respondent, v. NASSAU SMELTING AND REFINING WORKS, LTD., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order for examination granted, with ten dollars costs, on the grounds: (1) That the new issues created by defendant's amended answer after the granting of the motion nullified the issues upon which the order for defendant's examination was granted; and, (2) that the burden is upon defendant to establish a breach of the warranty and rescission of the contract. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent.— Order modified by reducing the amount which plaintiff is ordered to pay to the defendant as an additional allowance to enable her to defend the action to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of the Application of SULZER, RUDOLPH & COMPANY, INC., Appellant, for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into Between the Petitioner and GERSETA CORPORATION, Respondent, on January 19, 1920, Proceed Pursuant to the Arbitration Law.*  — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JAMES HOWDEN & COMPANY OF AMERICA, INC., Appellant, v. AMERICAN CONDENSER AND ENGINEERING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell an dGreenbaum, JJ.

GRACE P. VAN IDERSTINE, Respondent, v. WILLIAM P. M. VAN IDERSTINE, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CARL GOEPEL and Others, Composing the Firm of SCHULZ & RUCKGABER, Respondents, v. LEOPOLD ZIMMERMANN and Others, Composing the Firm of ZIMMERMANN & FORSHAY, Appellants.— Order of February 9, 1922, affirmed, with ten dollars costs and disbursements, and appeal from order of February 15, 1922, dismissed, and the case set for trial for March 27, 1922. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. McDONALD CONSTRUCTION COMPANY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM C. WEISBROD, Respondent, v. DOMINION OIL COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

* Amd. by Laws of 1921, chap. 14.— [REP.